## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### Baltimore Division

INRE:                                    *

LIZETTE EVELYN HINES                     *

                                         *          Case No.: 09-27526

 DEBTOR                                   *

                                         *          Chapter 13

            Debtor
*********************************************************************************

## MOTION TO DISMISS

COMES NOW, LIZETTE EVELYN HINES (hereinafter "Movant), DEBTOR in the above-styled and numbered bankruptcy proceeding, through her Attorney Robert L. Shields and files this Motion To Dismissal, and in support thereof would show unto this Honorable Court as follows, to-wit:

### FACTS

1.        The Movant filed for Chapter 13 Bankruptcy Relief on September 17th 2009. After consulting with Counsel, the Movant decided dismiss the Chapter 13 proceedings.

2.        That granting a dismissal in this case meets the best interest of Debtor.

WHEREFORE, PREMISES CONSIDERED, Debtors, prays that, this Honorable Court will (i)

dismiss the Chapter 13 proceeding(ii) enter Orders dismissing the Chapter 13,

Dated: November 30, 2009                    /s/Robert L. Shields
                                            Robert L. Shields

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this November 30th, 2009, a copy of the foregoing Motion to

Dismiss, was served by first-class U.S. mail, postage prepaid or Electronically to the parties list

below as well as those in the attaché Mailing Matrix:

**Ellen W. Cosby**
P. O. Box 20016
Baltimore, MD 21284-0016
(410) 825-5923
Email: ECF@ch13balt.com                      /s/Robert L. Shields
                                             Robert L. Shields