Form ntcdsm

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   09–27526 NVA   Chapter:   13

LIZETTE EVELYN HINES
Debtor(s)

## NOTICE OF DISMISSAL

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case was entered on 12/2/09.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 12/2/09

                                                    Mark D. Sammons, Clerk of Court
                                                    by Deputy Clerk, S McKenna 301–344–3390